UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | Case No. 19-cv-06131-JSC |
| Plaintiff, | **AMENDED PRETRIAL ORDER** |
| v. | |
| SLRA INC., et al., | |
| Defendants. | |

Upon review of the parties' Third Amended Joint Case Management Conference Statement (Dkt. No. 57), the case management conference scheduled for October 29, 2020 is vacated. The pretrial schedule (Dkt. No. 52) is amended and the new schedule is as follows:

| | |
|---|---|
| Last Day to Move to Amend Complaint: | December 3, 2020 |
| Non-Expert Discovery Cut-Off: | June 15, 2021 |
| Summary Judgment Filing Deadline: | August 19, 2021 |
| Summary Judgment Responses: | September 16, 2021 |
| No Summary Judgment Replies | |
| Summary Judgment Hearing: | October 7, 2021 9:00 a.m. |
| Expert Discovery Cut Off: | November 12, 2021 |
| Final Pretrial Conference: | January 13, 2022 2:00 p.m. |
| Jury Trial: | January 24, 2022 |

The parties have agreed that each party may serve on any other party an additional, narrowly-focused 15 interrogatories that may potentially avoid short fact-witness depositions. This agreement does not waive their right to pursue any other specific discovery, including depositions, and they do not waive any objections to interrogatories, other than the numerical limit per the

parties' agreement.

The Court will hold a further case management conference on March 18, 2021 at 1:30 p.m. The parties shall submit a further joint case management conference statement one week in advance. The statement shall address whether the parties believe referral to a magistrate judge for a settlement conference could be productive and, if so, the optimal timing of such conference.

**IT IS SO ORDERED.**

Dated: October 26, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2